JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RRT INDUSTRIES, LLC, a California limited liability company, by and through its sole and Managing Member, KONRAD L. TROPE; and KONRAD L. TROPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW JACKSON WALKER, III, a resident of the State of Utah; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05181-AB-RAO<br><br>[PROPOSED] **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Date Filed: July 26, 2022<br>Trial Date:  None |

The Court having considered the stipulation of the Parties, and finding good cause exists, hereby **ORDERS** the entire action **DISMISSED with prejudice**. The Court retains jurisdiction over any disputes arising from or related to the parties' Confidential Settlement Agreement ("CSA"). Each party shall bear its own attorneys' fees and costs.

Dated: April 8, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE